**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD**

**UNITED STATES OF AMERICA**

**v.**                                          **CRIMINAL NO. 1:17-00088**

**ROBERT AGUON**

## MEMORANDUM OPINION AND ORDER

Pending on the court's docket is defendant's motion to reduce his sentence pursuant to Amendment 821 of the Sentencing Guidelines.  See ECF No. 38.  Defendant has been released from custody.  Therefore, his motion is **DENIED** as moot.  Even if the motion were not moot, it would be denied for the reasons stated in the court's earlier order denying defendant relief pursuant to Amendment 821.  See ECF No. 36.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant and counsel of record.

**IT IS SO ORDERED** this 27th day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge